**Order filed, June 26, 2018.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-18-00403-CR
_____

**KENYA  DESHUNE  MCGUIRE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1536476**

## ORDER

The reporter's record in this case was due June 25, 2018.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record. The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Mary Ann Rodriguez, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM